**Counsel of Record:**
Catherine E. Pappas
Securities and Exchange Commission
Philadelphia Regional Office
701 Market Street, Suite 2000
Philadelphia, PA 19106
Telephone: (215) 597-3100
Facsimile (215) 597-2740

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN LAZORCHAK, et al.<br><br>　　　　　Defendants. | Case No. 12-7164 (KSH-PS) |

**SATISFACTION OF THE MONETARY PROVISIONS OF PARAGRAPHS
III AND IV OF THE JUDGMENT ENTERED AGAINST MICHAEL T. PENDOLINO**

Plaintiff, the United States Securities and Exchange Commission, hereby acknowledges payment by Defendant Michael T. Pendolino of the sum of $ 68,862.12, representing payment in full as ordered to be paid by this Court in Sections III and IV of the Judgment as to Defendant Michael T. Pendolino entered on June 12, 2014 (the "Judgment").

This payment is in satisfaction of only the monetary provisions of the specified paragraphs of the Judgment. All other relief granted by the Court in the Judgment remains in effect.

Dated: November 14, 2014

BY: s/ Catherine E. Pappas
Catherine E. Pappas
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
(215) 597-3100 (Office)
pappasc@sec.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN LAZORCHAK,<br>MARK S. CUPO,<br>MARK D. FOLDY,<br>MICHAEL L. CASTELLI,<br>LAWRENCE D. GRUM,<br>MICHAEL T. PENDOLINO, and<br>JAMES N. DEPRADO,<br><br>　　　　Defendants. | Case No. 12-7164 (KSH-PS) |

## CERTIFICATE OF SERVICE

I do hereby certify that on November 14, 2014, I caused a true and correct copy of the foregoing document to be served on the following, in the manner indicated below:

Lawrence S. Lustberg, Esquire
Gibbons Law Firm
One Gateway Center
Newark, NJ 07102-5310
LLustberg@gibbonslaw.com
(Counsel for Defendant John Lazorchak)
*Via Court's Electronic Filing System*

Joseph J. Bell, IV, Esquire
The Bell Law Group, P.C.
150 Mineral Springs Drive
Rockaway, NJ 07866
Jbell.IV@belllawgroup.com
(Counsel for Defendant Mark S. Cupo)
*Via Court's Electronic Filing System*

Robert Heim, Esquire
Meyers & Heim, LLP
444 Madison Avenue, 30th Floor
New York, NY 10022
RHeim@meyersandheim.com
(Counsel for Defendant Mark D. Foldy)
*Via E-mail*

David R. Oakley, Esquire
Anderl & Oakley, PC
20 Nassau Street, Suite 208
Princeton, NJ 08542
davidrobertoakley@gmail.com
(Counsel for Defendant Mark D. Foldy)
*Via Court's Electronic Filing System*

Daniel C. Zinman, Esquire
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281-1003
dzinman@rkollp.com
(Counsel for Defendant Michael L. Castelli)
*Via E-mail*

Jennifer Mara, Esquire
Baldassare & Mara, LLC
570 Broad Street, Suite 900
Newark, NJ 07102
jmara@mabalaw.com
(Counsel for Defendant Michael L. Castelli)
*Via Court's Electronic Filing System*

Scott A. Resnik, Esquire
Katten Muhchin Rosenman, LLP
575 Madison Avenue
New York, NY 10022-2585
scott.resnik@kattenlaw.com
(Counsel for Defendant Lawrence D. Grum)
*Via Court's Electronic Filing System*

2

James S. Friedman, Esquire
James S. Friedman, LLC
Robert Treat Center
50 Park Place, Suite 1400
Newark, NJ 07102
jfriedlaw@optonline.net
(Counsel for Michael T. Pendolino)
*Via Court's Electronic Filing System*

Date:   November 14, 2014                             s/Catherine E. Pappas
                                                     Catherine E. Pappas