**Counsel of Record:**
Catherine E. Pappas
Securities and Exchange Commission
Philadelphia Regional Office
701 Market Street, Suite 2000
Philadelphia, PA 19106
Telephone:   (215) 597-3100
Facsimile (215) 597-2740

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN LAZORCHAK, et al.<br><br>          Defendants. | Case No. 12-7164 (KSH-PS) |

### SATISFACTION OF THE MONETARY PROVISIONS OF SECTION IV OF THE JUDGMENT ENTERED AGAINST MARK D. FOLDY

Plaintiff, the United States Securities and Exchange Commission, hereby acknowledges payment by Defendant Mark D. Foldy of the sum of $ 25,313.44, representing payment in full of the amount ordered to be paid by this Court in Section IV of the Judgment as to Defendant Mark D. Foldy entered on October 8, 2013 (the "Judgment"), made final by this Court's Order entered June 12, 2014.   *See* Dkt. Nos. 91, 126.

This payment is in satisfaction of only the monetary provisions of the specified section of the Judgment.    All other relief granted by the Court in the Judgment remains in effect.


Dated:   June 19, 2015

         BY:   s/ Catherine E. Pappas
            Catherine E. Pappas
            Attorney for Plaintiff
            SECURITIES AND EXCHANGE COMMISSION
            1617 JFK Boulevard, Suite 520
            Philadelphia, PA 19103
            (215) 597-3100 (Office)
            pappasc@sec.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>   v.<br><br>JOHN LAZORCHAK,<br>MARK S. CUPO,<br>MARK D. FOLDY,<br>MICHAEL L. CASTELLI,<br>LAWRENCE D. GRUM,<br>MICHAEL T. PENDOLINO, and<br>JAMES N. DEPRADO,<br><br>      Defendants. | Case No. 12-7164 (KSH-PS) |

**CERTIFICATE OF SERVICE**

      I do hereby certify that on June 19, 2015, I caused a true and correct copy of the foregoing document to be served on the following, in the manner indicated below:

Lawrence S. Lustberg, Esquire
Gibbons Law Firm
One Gateway Center
Newark, NJ 07102-5310
LLustberg@gibbonslaw.com
(Counsel for Defendant John Lazorchak)
***Via Court's Electronic Filing System***


Joseph J. Bell, IV, Esquire
The Bell Law Group, P.C.
150 Mineral Springs Drive
Rockaway, NJ 07866
Jbell.IV@belllawgroup.com
(Counsel for Defendant Mark S. Cupo)
***Via Court's Electronic Filing System***

3

Robert Heim, Esquire
Meyers & Heim, LLP
444 Madison Avenue, 30th Floor
New York, NY 10022
RHeim@meyersandheim.com
(Counsel for Defendant Mark D. Foldy)
*Via E-mail*

David R. Oakley, Esquire
Anderl & Oakley, PC
20 Nassau Street, Suite 208
Princeton, NJ 08542
davidrobertoakley@gmail.com
(Counsel for Defendant Mark D. Foldy)
*Via Court's Electronic Filing System*

Daniel  C. Zinman, Esquire
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281-1003
dzinman@rkollp.com
(Counsel for Defendant Michael L. Castelli)
*Via E-mail*

Jennifer Mara, Esquire
Baldassare & Mara, LLC
570 Broad Street, Suite 900
Newark, NJ 07102
jmara@mabalaw.com
(Counsel for Defendant Michael L. Castelli)
*Via Court's Electronic Filing System*

Scott A. Resnik, Esquire
Katten Muhchin Rosenman, LLP
575 Madison Avenue
New York, NY 10022-2585
scott.resnik@kattenlaw.com
(Counsel for Defendant Lawrence D. Grum)
*Via Court's Electronic Filing System*

James S. Friedman, Esquire
James S. Friedman, LLC
*Robert Treat Center*
*50 Park Place, Suite 1400*
*Newark, NJ 07102*
*jfriedlaw@optonline.net*
(Counsel for Michael T. Pendolino)
***Via Court's Electronic Filing System***

| | |
|---|---|
| Date:   June 19, 2015 | <u>s/Catherine E. Pappas</u><br>Catherine E. Pappas |