UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN LAZORCHAK, et al.<br><br>　　　　Defendants. | Case No. 12-7164 (KSH-PS) |

**SATISFACTION OF THE MONETARY PROVISIONS OF PARAGRAPHS
IV AND V OF THE JUDGMENT ENTERED AGAINST MARK S. CUPO**

　　Plaintiff, the United States Securities and Exchange Commission, hereby acknowledges payment by Defendant Mark S. Cupo of the sum of $72,470.94, representing payment in full of disgorgement, prejudgment interest, and post-judgment interest, as ordered to be paid by this Court in Sections IV and V of the Judgment as to Defendant Mark S. Cupo entered on October 8, 2013 (the "Judgment").   This payment is in satisfaction of only the monetary provisions of the specified paragraphs of the Judgment.   All other relief granted by the Court in the Judgment remains in effect.

Dated:   February 21, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BY: s/ Christopher R. Kelly
　　　　　　　　　　　　　　　　　　　　　Christopher R. Kelly
　　　　　　　　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　　　Philadelphia Regional Office
　　　　　　　　　　　　　　　　　　　　　1617 JFK Boulevard, Suite 520
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 597-3100
　　　　　　　　　　　　　　　　　　　　　Facsimile: (215) 597-2740
　　　　　　　　　　　　　　　　　　　　　KellyCR@sec.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2019, I caused a true and correct copy of the foregoing Satisfaction of the Monetary Provisions of Paragraphs IV and V of the Judgment Entered Against Mark S. Cupo to be served on the following, in the manner indicated below:

Lawrence S. Lustberg, Esquire
Gibbons Law Firm
One Gateway Center
Newark, NJ 07102-5310
LLustberg@gibbonslaw.com
(Counsel for Defendant John Lazorchak)
***Via Court's Electronic Filing System***

Joseph J. Bell, IV, Esquire
The Bell Law Group, P.C.
150 Mineral Springs Drive
Rockaway, NJ 07866
Jbell.IV@belllawgroup.com
(Counsel for Defendant Mark S. Cupo)
***Via Court's Electronic Filing System***

Robert Heim, Esquire
Meyers & Heim, LLP
444 Madison Avenue, 30th Floor
New York, NY 10022
RHeim@meyersandheim.com
(Counsel for Defendant Mark D. Foldy)
***Via E-mail***

David R. Oakley, Esquire
Anderl & Oakley, PC
20 Nassau Street, Suite 208
Princeton, NJ 08542
davidrobertoakley@gmail.com
(Counsel for Defendant Mark D. Foldy)
***Via Court's Electronic Filing System***

Daniel C. Zinman, Esquire
Richards Kibbe & Orbe, LLP

One World Financial Center
New York, NY 10281-1003
dzinman@rkollp.com
(Counsel for Defendant Michael L. Castelli)
*Via E-mail*

Jennifer Mara, Esquire
Baldassare & Mara, LLC
570 Broad Street, Suite 900
Newark, NJ 07102
jmara@mabalaw.com
(Counsel for Defendant Michael L. Castelli)
*Via Court's Electronic Filing System*

Scott A. Resnik, Esquire
Katten Muhchin Rosenman, LLP
575 Madison Avenue
New York, NY 10022-2585
scott.resnik@kattenlaw.com
(Counsel for Defendant Lawrence D. Grum)
*Via Court's Electronic Filing System*

James S. Friedman, Esquire
James S. Friedman, LLC
*Robert Treat Center*
*50 Park Place, Suite 1400*
*Newark, NJ 07102*
*jfriedlaw@optonline.net*
(Counsel for Michael T. Pendolino)
*Via Court's Electronic Filing System*

          <u>s/ Christopher R. Kelly</u>
          Christopher R. Kelly
          Attorney for Plaintiff